William J. Seiter (CA Bar No. 106316)
Jessica R. Flores (CA Bar No. 282669)
SEITER LEGAL STUDIO
2500 Broadway, Bldg F, Suite F-125
Santa Monica, California 90404
Tel: (424) 238 4333
E-mail: williamjseiter@seiterlegalstudio.com

*Attorneys for Plaintiff Eveden Inc.*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVEDEN INC., a Massachusetts corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COLOR IMAGE APPAREL, INC., a California corporation; and DOES 1 through 10<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-02121-MWF-JC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: March 18, 2017<br>Trial Date: July 10, 2018 |

Having considered the Stipulation of Dismissal with Prejudice between the Parties, and good cause appearing therefor:

**IT IS SO ORDERED** that the above-captioned action is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: March 23, 2018

_____

Honorable Michael W. Fitzgerald
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE